UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WELDON L. INGRAM, III,

                              Plaintiff,                    5:25-cv-1240
                                                                             (ECC/DJS)

v.

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

---

**Hon. Elizabeth C. Coombe, United States District Judge:**

## ORDER

The request by the parties for an order to remand pursuant to Sentence 4 of 42 U.S.C. §405(g), Dkt. No. 12, is GRANTED; and it is further

ORDERED that the final decision of the Commissioner is REVERSED and the matter is REMANDED to the Defendant so that further administrative action may be taken including that a new hearing will be offered, action will be taken to complete the administrative record, and a new decision with be issued, and is further

ORDERED that this matter is DISMISSED consistent with *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Dated: January 15, 2026

                                                                              Elizabeth C. Coombe
                                                                              U.S. District Judge